**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-00096-REB-KMT

ELVIA ELIZALDE,

      Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC., a California corporation,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn**, **J.**

      The matter before me is the **Stipulation of Dismissal With Prejudice** [#19] filed April 29, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal With Prejudice** [#19] filed April 29, 2009, is **APPROVED**;

      2.  That the Trial Preparation Conference set for February 5, 2010, is **VACATED**;

      3.  That the jury trial set to commence February 22, 2010, is **VACATED**; and

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated May 4, 2009, at Denver, Colorado.

                                        BY THE COURT:

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge